# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>Gloria Garcia, et al.</u>
Plaintiff(s)

vs.   Civil No. <u>97-1313</u> (SEC)

<u>Frito Lay Snacks Caribbean, Inc., et al.</u>
Defendant(s)

## DESCRIPTION OF MOTION

DATE FILED: 9/15/99  DOCKET: 70   TITLE: Motion Requesting Additional Extension of Time to File Opposition to Motion for Summary Judgment

[X] Plaintiff(s)   [ ] Third Party Defendant(s)
[ ] Defendant(s)

DISPOSITION:

[X] GRANTED              [ ] DENIED

[ ] NOTED                [ ] MOOT

### ADDITIONAL COMMENTS:

Until October 5, 1999. No further extensions of time will be granted.

<u>16 IX 99</u>
DATE

SALVADOR E. CASELLAS
U.S. DISTRICT JUDGE

