UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GLORIA GARCIA VAZQUEZ, et al.
    Plaintiffs
           v.                      Civil No. 97-1313(SEC)
FRITO-LAY SNACKS CARIBBEAN, INC., et al.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Docket #73**<br>**Plaintiffs' Motion for Urgent Relief** | **Granted.** The Court shall not strike the deposition of Mr. Enrique Niño Robles, taken in connection with Civil No. 97-1825(HL), also a case against Frito-Lay. However, the Court does find that plaintiffs are entitled to a full copy of said deposition. **Defendants shall provide plaintiffs with a complete copy of the transcript of the deposition of Mr. Enrique Niño Robles by October 18, 1999.** Furthermore, the Court finds that uncertified translations are not in compliance with Local Rule 108.1. While we would be entitled to strike said exhibits from the record for failure to comply with the rule, we find that said result would be too extreme. However, **defendants are hereby ORDERED to submit certified translations of the exhibits in the Spanish language by October 18, 1999.** Failure to comply will result in the exhibits being stricken from the record. In addition, **defendants shall provide plaintiffs with all pending discovery by October 18, 1999.** Failure to comply will result in the imposition of sanctions. Finally, in light of the important documentation that has not yet been provided by defendants to plaintiffs, plaintiffs **shall have until November 5, 1999 to oppose defendants' motion for summary judgment.** If defendants fail to comply with any of the above-imposed deadlines for the production of the relevant documents, plaintiffs shall immediately notify the Court via motion. |

DATE: October 6, 1999.

*[signature]*
SALVADOR E. CASELLAS
United States District Judge