# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

*Gloria Garcia, et. als.*
###### Plaintiff(s)

v.

*Frito Lay Snacks Caribbean, Inc., etc.*
###### Defendant(s)

Civil No. *97-1313 (SEC)*

RECEIVED & FILED
99 OCT 28 AM 7:17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

---

| DESCRIPTION OF MOTION |
|---|

DATE FILED: *Oct. 18, '99*   DOCKET #: *75*   TITLE: *Frito Lay's Motion requesting reconsideration of Court Order...*

[ ] Plaintiff(s)        [ ] Third Party Defendant(s)

[ ] Defendant(s)

---

DISPOSITION:

[ ] GRANTED                    [ ] DENIED

[X] NOTED                      [ ] MOOT

---

| COMMENTS |
|---|

*Plaintiff has until November 5, 1999 to file its opposition to the defendant's motion for summary judgement. No further extensions will be granted. All discovery disputes shall be solved by the parties by then.*

---

*26 Oct. 1999*
DATE

*[signature]*
SALVADOR E. CASELLAS
United States District Judge