UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GLORIA GARCIA, et. al.
    Plaintiffs

        v.                        Civil No. 97-1313(SEC)

FRITO LAY SNACKS CARIBBEAN,
INC., et. al.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| Docket #77<br>Joint Motion Requesting Extension of Additional Ten (10) Days to Comply with Court Order | Granted. |
| Docket #78<br>Joint Motion Requesting Consent Protective Order | Granted. |

DATE: November 5, 1999

                                              SALVADOR E. CASELLAS
                                              United States District Judge



