UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GLORIA GARCIA-VAZQUEZ, et. al.
    Plaintiffs
        v.                    Civil No. 97-1313(SEC)
FRITO LAY SNACKS CARIBBEAN,
INC., et. al.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Docket #68**<br>**Motion Requesting a Protective Order and Examination in Chambers** | The Court considers this motion as a request for reconsideration of its July 12, 1999 Order that granted defendants' motion to compel the deposition of Dr. Sánchez-Rafucci **(Docket # 64)**. As such, plaintiffs' motion is hereby **DENIED**. The Court reaffirms its July 12, 1999 Order. |

DATE: November 23, 1999

*SALVADOR E. CASELLAS*
United States District Judge