IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Gloria Garcia, et als.
_Plaintiff(s)_

v.

Frito Lay Snacks Caribbean, Inc.
_Defendant(s)_

Civil No. 97-1313 (SEC)

RECEIVED & FILED
99 NOV 24 PM 2:47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## DESCRIPTION OF MOTION

DATE FILED: 11/15/99  DOCKET #: 83  TITLE: Motion requesting extension of time

[X] Plaintiff(s)    [ ] Third Party Defendant(s)

[ ] Defendant(s)

DISPOSITION:

[X] GRANTED            [ ] DENIED

[ ] NOTED              [ ] MOOT

## COMMENTS

Until December 16, 1999 to oppose defendant's motion for summary judgement. Also, the court notices that there is discovery pending.

23 NOV 99
DATE

SALVADOR E. CASELLAS
United States District Judge