IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Gloria Garcia, et. als.
_____
Plaintiff(s)

v.

Frito Lay Snacks Caribbean, Inc.
_____
Defendant(s)

Civil No. 97-1313 (SEC)

## DESCRIPTION OF MOTION

DATE FILED: 12/23/99  DOCKET #: 90  TITLE: Frito Lay's Motion Requesting Leave to File Reply, etc.

[ ] Plaintiff(s)    [ ] Third Party Defendant(s)

[X] Defendant(s)

DISPOSITION:

[X] GRANTED            [ ] DENIED

[ ] NOTED              [ ] MOOT

## COMMENTS

Until January 31, 2000.

_29 XII 99_
DATE

SALVADOR E. CASELLAS
United States District Judge