IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Gloria Garcia, et. als.
Plaintiff(s)

v.

Frito Lay Snacks Caribbean, Inc.
Defendant(s) et. als.

Civil No. 97-1313 (SEC)

RECEIVED & FILED
'00 JAN 28 AM 11: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

### DESCRIPTION OF MOTION

DATE FILED: 1/19/00   DOCKET #: 94   TITLE: Motion Req. Extension of Time

[X] Plaintiff(s)   [ ] Third Party Defendant(s)

[ ] Defendant(s)   [ ] Joint

DISPOSITION:

[X] GRANTED          [ ] DENIED

[ ] NOTED            [ ] MOOT

### COMMENTS

Until January 27, 2000.

26 I 00
DATE

SALVADOR E. CASELLAS
United States District Judge

