UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GLORIA GARCIA, et. al.
    Plaintiffs
        v.                  Civil No. 97-1313(SEC)
FRITO LAY SNACKS CARIBBEAN,
INC., et. al.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Docket #91** Frito Lay's Urgent Motion Requesting that Plaintiff's Opposition to Summary Judgement be Stricken from the Record due to Violation of Consent Protective Order. | **Denied.** Defendant's concern is **noted** and the situation corrected through order of the Court <u>infra</u>. |
| **Docket #96** Joint Motion in Relation to Extension of Time to File Reply Brief and to Place Under Seal Documents Related to the Amended Consent Protective Order | **Granted.** The Clerk of the Court is hereby **ORDERED** to place **under seal** pages 15 to 16 of **Docket #89**, (Plaintiffs' Opposition and Memorandum of Law, etc.), and also, to place under seal Exhibit No. 12 of the same motion. In addition, the Court **GRANTS** defendant Frito Lay until February 15, 2000 to file a reply to Defendant's opposition, however no further extensions will be granted. |

DATE: February 4, 2000

SALVADOR E. CASELLAS
United States District Judge

