IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
00 FEB 15 PM 1:38
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

| | |
|---|---|
| GLORIA GARCIA, et. al. | * |
| | * |
| Plaintiffs | * |
| | * Civil No. 97-1313(SEC) |
| v. | * |
| | * |
| FRITO LAY SNACKS CARIBBEAN, | * |
| INC., et. al. | * |
| | * |
| Defendants | * |

*************************************

## ORDER

The following attached documents shall remain UNDER SEAL per Court's Order dated February 4th, 2000 **(Docket #98)**: Pages 15-16 and Exhibit #12 of "Plaintiff's Opposition and Memorandum of Law" **(Docket #89)**.

**SO ORDERED.**

In San Juan, Puerto Rico, this /4 day of February, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)

100