IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| GLORIA GARCIA-VAZQUEZ, et. al. | |
| Plaintiffs | |
| v. | Civil No. 97-1313(SEC) |
| FRITO LAY SNACKS CARIBBEAN, INC., et. al. | |
| Defendants | |

## PARTIAL JUDGMENT

Pursuant to this Court's Order of even date, Plaintiff's claims under the **Age Discrimination in Employment Act (ADEA) and Equal Pay Act (EPA)** are hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

In San Juan, Puerto Rico, this 21ST day of March, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)