UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GLORIA GARCIA-VELAZQUEZ
    Plaintiff
        v.                                    Civil No. 97-1313(SEC)
FRITO LAY SNACKS CARIBBEAN,
INC., et. al.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Docket #78**<br>Joint Motion Requesting Consent Protective Order | Moot. |
| **Docket #93**<br>Frito Lay's Urgent Motion Requesting Relief in Relation to Reply, etc. (to Strike) | Moot, per Docket #98. |
| **Docket #99**<br>Motion for Appearance *Pro Hac Vice* | **Granted.** The Court has examined counsels' motion and finds it in compliance with Local Rule 204. A fee of $300.00 has been deposited with the Court. Therefore, attorneys R. Slanton Tuggle III and Kathryn O. Pulliam are admitted to appear *pro hac vice* as attorneys of record on behalf of Defendant Frito Lay Snacks Caribbean, Inc. |

DATE: May 9, 2000

SALVADOR E. CASELLAS
United States District Judge


