IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| GLORIA GARCIA-VELAZQUEZ, et. al. | * |
| Plaintiffs | * |
| v. | * Civil No. 97-1313(SEC) |
| FRITO LAY SNACKS CARIBBEAN, INC., et. al. | * |
| Defendants | * |

**ORDER**

A **status conference** is hereby set for **Thursday, February 8, 2001 at 5:00 p.m.** in my Chambers. The parties shall come prepared to discuss Dr. Luis Sánchez-Rafucci's claim of privilege over Plaintiff's psychiatric records. **(Dockets ## 97, 102).** For that purpose, the Clerk of the Court shall notify this Order to the parties and to Plaintiff's psychiatrist, Dr. Luis Sánchez Rafucci, at his address in Condominio El Centro, Torre I, Suite 801, Hato Rey, Puerto Rico, 00918 (telephone number 763-0004). (Docket #68, Exh. 1). In addition, Dr. Sánchez-Rafucci shall bring Plaintiff's psychiatric record for the Court's ex-parte inspection.

**SO ORDERED.**

In San Juan, Puerto Rico, this 31st day of January, 2001.

SALVADOR E. CASELLAS
United States District Judge