UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GLORIA GARCIA-VELAZQUEZ,
et. al.
    Plaintiffs
        v.                      Civil No. 97-1313(SEC)
FRITO LAY SNACKS CARIBBEAN,
INC., et. al.
    Defendants



## ORDER

| MOTION | RULING |
|---|---|
| Docket #105<br>Motion Requesting Extension of Time | Granted. |
| Docket #106<br>Motion in Opposition to Partial Summary Judgment Dismissing Certain Claims and Requesting Extension of Time to File Memorandum of Law in Support of Reconsideration | Denied. The ten-day period provided by Fed.R.Civ.P. 59(e) to move to alter or amend a judgment is one of few jurisdictional periods which the district courts are not empowered to extend. Rivera v. M/T Fossarina, 840 F.2d 152, 154 (1st Cir. 1988). |
| Docket #108<br>Frito Lay's Motion to Strike "Plaintiff's Motion in Opposition to Partial Summary Judgment Dismissing Certain Claims and Requesting Extension of Time to File Memorandum of Law in Support of Reconsideration" | Granted. See above. |
| Docket #109<br>Motion Requesting Brief Extension of Time | Granted. |
| Docket #111<br>Frito Lay's Motion Requesting that "Frito Lay's Motion Requesting Dismissal of all Causes of Action Related to Mental Claims, Emotional Distress, Pain and Suffering" be Consider [sic] Without the Benefit of Plaintiff's Opposition | Moot. |



Civil No. 97-1313(SEC)                                                                    2

| MOTION | RULING |
|---|---|
| **Docket #112**<br>Frito Lay's Motion Requesting that "Frito Lay's Motion for Partial Reconsideration" Be Consider [sic] Without the Benefit of Plaintiff's Opposition | Moot. |
| **Docket #114**<br>Notice to the Court Regarding Frito-Lay's Requests for Consideration of Certain Motions Without Plaintiff's Opposition and Request for Brief Extension of Time | Noted. |
| **Docket #117**<br>Frito Lay's Motion to Strike "Plaintiff's Memorandum of Law in Support of Reconsideration of Partial Summary Judgment" | Granted. |
| **Docket #118**<br>Motion Requesting Authorization to Withdraw as Attorney | Granted. |

DATE: January 31, 2001

SALVADOR E. CASELLAS
United States District Judge