UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GLORIA GARCIA-VAZQUEZ,
et. al.
    Plaintiffs
                v.                Civil No. 97-1313(SEC)
FRITO LAY SNACKS CARIBBEAN,
INC., et. al.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Docket #107**<br>**Motion for Partial Reconsideration, etc.** | Denied. |

DATE: February 15, 2001

/s/ Salvador E. Casellas
SALVADOR E. CASELLAS
United States District Judge


