IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| GLORIA GARCIA, et. al. | * |
| Plaintiffs | * |
| v. | * Civil No. 97-1313(SEC) |
| FRITO LAY SNACKS CARIBBEAN, INC., et. al. | * |
| Defendants | * |

## ORDER

Pursuant to Plaintiffs' motion, **(Docket # 126)**, a settlement conference is hereby set for **Friday, March 23, 2001 at 3:00 p.m.**

**SO ORDERED.**

In San Juan, Puerto Rico, this 6 day of March, 2001.

SALVADOR E. CASELLAS
United States District Judge