UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                    DATE: March 21, 2001

| | |
|---|---|
| GLORIA GARCIA, et al | |
| Plaintiffs | |
| vs. | CIVIL NO. 97-1313 (SEC) |
| FRITO LAY SNACKS CARIBBEAN, INC., et al | |
| Defendants | |

Upon plaintiffs' request (**#129**) and by order of the Court, **Settlement Conference set for Friday, March 23, 2001, is hereby continued sine die.**

_____
COURTROOM DEPUTY CLERK

