IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GLORIA GARCIA, et. al. *
   *
Plaintiffs *
   * Civil No. 97-1313(SEC)
v. *
   *
FRITO LAY SNACKS CARIBBEAN, et. al.*
   *
Defendants *
*************************************

ORDER

The parties are hereby **ORDERED** to file their joint Pre-Trial Report **by April 12, 2001**.

**SO ORDERED.**

In San Juan, Puerto Rico, this 21 day of March, 2001.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev.8/82)