IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

*Gloria Garcia, et al.*
Plaintiff(s)

v.

*Frito Lay Snacks Caribbean, et. al.*
Defendant(s)

Civil No. 97-1313 (SEC)

### DESCRIPTION OF MOTION

DATE FILED: 4/12/01     DOCKET #: 132     TITLE: Joint Motion for Enlargement of time to file Pre-Trial Report.

[ ] Plaintiff(s)     [ ] Third Party Defendant(s)

[ ] Defendant(s)     [X] Joint

### DISPOSITION:

[X] GRANTED     [ ] DENIED

[ ] NOTED     [ ] MOOT

### COMMENTS

Until May 12, 2001.

19-IV-01
DATE

SALVADOR E. CASELLAS
United States District Judge

