UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                    DATE: May 8, 2000

GLORIA GARCIA-VELAZQUEZ, et al *
                               *
          Plaintiffs           *
                               *
vs.                            *        CIVIL NO.   97-1313 (SEC)
                               *
FRITO LAY SNACKS, et al        *
                               *
          Defendants           *

By Order of the Court, **a Settlement Conference is hereby set for May 18, 2001 at 2:30 p.m.**

This proceeding will be held before Hon. Salvador E. Casellas.

                                          _____
                                          COURTROOM DEPUTY CLERK

Notified by phone

