IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

_Gloria Garcia, et al._
Plaintiff(s)

v.

_Frito Lay Snacks Caribbean_
Defendant(s)

Civil No. 97-1313 (SEC)

## DESCRIPTION OF MOTION

DATE FILED: 5/10/01  /DOCKET #135   TITLE: 1st Joint Motion for Postponement of filing of Pre-trial Report

[ ] Plaintiff(s)   [ ] Third Party Defendant(s)
[X] Defendant(s)   [ ] Joint

DISPOSITION:

[X] GRANTED   [ ] DENIED

[ ] NOTED   [ ] MOOT

## COMMENTS

16 V 01
DATE

SALVADOR E. CASELLAS
United States District Judge