UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                    DATE: June 22, 2001


GLORIA GARCIA-VELAZQUEZ, et al*
                                 *
                                 *
          Plaintiffs             *
                                 *
                                 *
vs.                              *       CIVIL NO.  97-1313 (SEC)
                                 *
                                 *
FRITO LAY SNACKS, et al          *
                                 *
                                 *
          Defendants             *
_____

By Order of the Court, **a Settlement Conference is hereby set for July 13, 2001 at 2:00 p.m.**

This proceeding will be held before Hon. Salvador E. Casellas.


_____
COURTROOM DEPUTY CLERK

