UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

| | |
|---|---|
| CIVIL CASE NO: **97-1313(SEC)** | DATE: July 13, 2001. |
| GLORIA GARCIA, et. al. | Attorneys: |
| Plaintiffs | Harry Anduze-Montaño |
| V. | |
| FRITO LAY SNACKS CARIBBEAN, et. al. | José L. González-Castañer, Roberto Ariel Fernández, |
| Defendants | Leanne J. Reid, Esqs. |

**SETTLEMENT CONFERENCE**

A settlement conference was held today with counsel for Plaintiffs and the Defendants present. The Court noted the attendance at the conference of Att. Leanne J. Reid, Senior Employment Counsel for Defendant Frito Lay. The parties discussed the possibility of a settlement and agreed to exchange certain documents and other information for that purpose.

The Court set a **Second Settlement Conference for Wednesday, August 22nd, 2001, at 4:00 p.m.**

SALVADOR E. CASELLAS
U.S. District Judge


