IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GLORIA GARCIA-VAZQUEZ, et. al.    *
                                  *
       Plaintiffs                 *
                                  *    Civil No. 97-1313(SEC)
       v.                         *
                                  *
FRITO LAY SNACKS CARIBBEAN,       *
et. al.                           *
                                  *
       Defendants                 *
*************************************

## ORDER

On July 12, 2001 Defendants filed a motion titled "Motion requesting the Court to Consider Recent First Circuit Decision Prior to Scheduled Settlement Conference." (Docket # 138). Plaintiff is hereby **ORDERED** to file a reply to this motion **by August 17, 2001**. In her reply brief, Plaintiff shall discuss the merits of this case in light of the First Circuit recent opinions in Lebrón-Torres v. Whitehall Laboratories, 251 F.3d 236 (1st Cir. 2001) and Gelabert-Ladenheim v. American Airlines, Inc., 252 F.3d 54 (1st Cir. 2001), in particular the standard of proof required to prevail on a claim under the ADA where "working" is claimed as a major life activity.

**SO ORDERED.**

In San Juan, Puerto Rico, this 3 day of August, 2001.

SALVADOR E. CASELLAS
United States District Judge