# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

## MINUTES OF PROCEEDINGS

| | |
|---|---|
| CIVIL CASE NO: **97-1313(SEC)** | DATE: August 22, 2001. |
| GLORIA GARCIA, et. al. | Attorneys: |
| Plaintiffs | Harry Anduze-Montaño |
| V. | |
| FRITO-LAY SNACKS CARIBBEAN, INC., et. al. | José L. González-Castañer, Roberto A. Fernández, Leanne J. Reid, Esqs. |
| Defendants | |

### SECOND SETTLEMENT CONFERENCE

A settlement conference was held today with counsel for Plaintiffs and the Defendants. Settlement was discussed but the parties were unable to reach an agreement. The Court gave the Defendants **until September 6, 2001 to file a motion and legal memorandum** addressing the effect upon this case of two recent First Circuit cases: <u>Lebrón-Torres v. Whitehall Laboratories</u>, 251 F.3d 236 (1st Cir. 2001) and <u>Gelabert-Ladenheim v. American Airlines, Inc.</u>, 252 F.3d 54 (1st Cir. 2001). **Plaintiff shall file her reply on or before September 21, 2001. No extensions shall be granted.**

SALVADOR E. CASELLAS
U.S. District Judge

