# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

GLORIA GARCIA, et al.
    Plaintiffs

            v.

FRITO LAY SNACKS CARIBBEAN, et al.
    Defendants

Civil No. 97-1313(SEC)

## ORDER

| MOTION | RULING |
|---|---|
| **Docket #138**<br>**Motion Requesting the Court to Consider Recent First Circuit Decision Prior to Scheduled Settlement Conference** | **MOOT.** |
| **Docket #141**<br>**Motion Requesting Enlargement of Time to File Plaintiffs' Reply to** *Motion Requesting the Court to Consider Recent First Circuit Decision Prior to Scheduled Settlement Conference* **Pursuant to Order Entered on August 6, 2001.** | **MOOT.** |
| **Docket #144**<br>**Motion Requesting Additional Time to File Opposition to Motion Requesting the Dismissal of Plaintiff's Disability Claims and Memorandum of Law in Support Thereof** | **MOOT.** |
| **Docket #150**<br>**Defendant's Request for Leave to File Reply Pursuant to Local Rule 311(7)** | **GRANTED.** The Court, pursuant to Local Rule 311(7), grants Defendant leave to file a reply to Plaintiff's motions (Docket ##148 and 147) in opposition to Defendant's motion requesting dismissal of the disability claims (Docket #143), on or before October 24, 2001, as requested. |

DATE:  October /8, 2001

SALVADOR E. CASELLAS
United States District Judge