IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| GLORIA GARCIA, et. al. | * |
| Plaintiffs | * |
| v. | * Civil No. 97-1313(SEC) |
| FRITO-LAY SNACKS CARIBBEAN, INC., et. al. | * |
| Defendants | * |

## JUDGMENT

Pursuant to this Court's Opinion and Order of even date Plaintiffs' claims under the Americans with Disabilities Act (ADA) are hereby **DISMISSED WITH PREJUDICE**. Plaintiffs' remaining claims under the laws and the Constitution of the Commonwealth of Puerto Rico are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

In San Juan, Puerto Rico, this 28TH day of December, 2001.

SALVADOR E. CASELLAS
United States District Judge




AO 72A
(Rev.8/82)