UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GLORIA GARCIA, et al.
Plaintiffs

v.   Civil No. 97-1313(SEC)

FRITO LAY SNACKS CARIBBEAN, et al.
Defendants

ORDER

| MOTION | RULING |
|---|---|
| **Docket #159**<br>**Motion for Leave to File Reply...** | **GRANTED.** The Court, pursuant to Local Rule 311(7), grants Plaintiffs leave to file a reply to Defendant's Opposition (**Docket #158**) to Plaintiffs' motion for reconsideration (**Docket #157**), on or before March 6, 2002, as requested. |

DATE: March 4, 2002

SALVADOR E. CASELLAS
United States District Judge

s/cs:to (7)
attys/pts
in ICMS

3/5/02