UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



GLORIA GARCIA, et al.
    Plaintiffs
        v.           Civil No. 97-1313(SEC)
FRITO LAY SNACKS CARIBBEAN, et al.
    Defendants

### ORDER

| MOTION | RULING |
|---|---|
| Docket #162<br>Motion for Three-day Extension of Time... | MOOT. |
| Docket #163<br>Motion Requesting Brief Additional Extension of Time... | GRANTED until March 22, 2002. |

DATE: March 20, 2002

SALVADOR E. CASELLAS
United States District Judge


