# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

GLORIA GARCIA, et al.
    Plaintiffs

    v.            Civil No. 97-1313(SEC)

FRITO LAY SNACKS CARIBBEAN, et al.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| Docket #166<br>Frito Lay's Motion Requesting Leave to File Surreply | DENIED. |

DATE: April 15, 2002

                                        SALVADOR E. CASELLAS
                                        United States District Judge


