IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GLORIA GARCIA, et al
Plaintiffs

v.

FRITO-LAY SNACKS
CARIBBEAN, INC, et al

CIVIL NO. 97-1313 (SEC)

TRIAL BY JURY REQUESTED

## NOTICE OF APPEAL

**TO THE HONORABLE COURT:**

Plaintiffs **Gloria García** and **Juan Carlos Sifre**, through the undersigned attorney, hereby appeals to the U.S. Court of Appeals for the First Circuit in the case of caption from the **Order** entered on June 26, 2002 by the Honorable Judge Salvador Casellas, denying **Motion for Reconsideration of Opinion and Order Filed with Judgment Dated December 28, 2001** and dismissing all claims against defendant.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 27th day of June 2002.

**I HEREBY CERTIFY** that on this date a true and exact copy of this document has been served upon **José González Castañer, Esq.**, *González Castañer, Morales & Guzmán, CSP*, 268 Muñoz Rivera Avenue, Hato Rey Tower Suite 1002, San Juan, Puerto Rico 00918, and **Roberto Ariel Fernández, Esq.**, *Lespier & Muñoz Noya*, P.O. Box 364428, San Juan PR 00936-4428.

HARRY ANDUZE MONTAÑO – 114910
NOELMA COLÓN CORDOVES - 215407
1225 Ponce de León Ave. PH-1
San Juan PR 00907-3921
(787) 723-7171 / Fax (787) 723-7278