# United States Court of Appeals
## For the First Circuit

No. 02-1889

GLORIA GARCÍA-VELÁZQUEZ;
JUAN CARLOS SIFRE-RIVERA; C/P SIFRE-GARCÍA,

Plaintiffs, Appellants,

v.

FRITO LAY SNACKS CARIBBEAN, a Division of
Pepsico Puerto Rico, Inc., JOSE LUIS PRADO, JANE DOE;
CONJUGAL PARTNERSHIP PRADO-DOE; ENRIQUE NIÑO, JOHANNE DOE;
CONJUGAL PARTNERSHIP NIÑO-DOE, A TO Z INSURANCE, INC.;

Defendants, Appellees.

**JUDGMENT**

Entered: February 2, 2004

This cause came on to be heard on appeal from the United States District Court for the District of Puerto Rico, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The appellants' appeal from the district court's December 28, 2001, judgment is dismissed, and the district court's June 26, 2002, order denying the appellants' Fed. R. Civ. P. 59(e) motion is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 2/23/04

By The Court:

RICHARD CUSHING DONOVAN
Richard Cushing Donovan, Clerk

[Certified copies to Hon. Salvador Casellas and Ms. Frances de Moran, Clerk, United States District Court for Puerto Rico. Copies to Mr. Montano and Mr. Gonzalez-Castaner.]