*Please file to the left*

CIVIL CASE NO. 97-1313 (SEC)

CRIM. CASE NO. _____

RECORD ON APPEAL

RECEIVED FROM USCCA

DATE: 3/23/04

ALL VOLS. RECEIVED:
YES X  NO ___

VOLUMES MISSING:
REMOVE APPEAL FLAG